**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANA LOPEZ,

                Plaintiff,                              23 **CIVIL** 6187 (GS)

      -v-                                                    **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 08, 2023, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, Plaintiff will be offered the opportunity for a new hearing.

**Dated:**  New York, New York
            November 08, 2023

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                          **BY:**
                                                           **Deputy Clerk**